OPINION — AG — ** OATH OF OFFICE — LEGISLATORS ** THE CONSTITUTIONAL OATH OF OFFICE OF MEMBERS OF THE HOUSE OF REPRESENTATIVES 'IS' REQUIRED BY ARTICLE XV, SECTION 1 TO BE: " ADMINISTERED IN THE HALL OF THE HOUSE TO WHICH THE MEMBERS SHALL HAVE BEEN ELECTED, BY ONE OF THE JUDGES OF THE SUPREME COURT, OR IN CASE NO SUCH JUDGE IS PRESENT, THEN BY ANY PERSON AUTHORIZED TO ADMINISTER OATHS ". (LEGISLATOR, OATH, LOCATION, PLACE) CITE: 51 O.S. 21 [51-21], ARTICLE XV, SECTION 2 (FRED HANSEN)